IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| LAKENYA K. MONFORT, ) <br> ) <br>    Plaintiff, ) <br> ) <br> v. ) <br> ) <br> INFLECTION RISK SOLUTIONS, LLC, ) <br> and AIRBNB, INC., ) <br> ) <br>    Defendant. ) | CIVIL ACTION FILE NO. <br> 1:25-cv-03344-TWT-JEM |

## NOTICE OF SETTLEMENT

Plaintiff LaKenya K. Monfort and Defendants Inflection Risk Solutions, LLC and Airbnb, Inc. hereby notify the Court that this case has been settled. The Parties are in the process of completing paperwork attendant to the settlement and expect to file a notice of dismissal with prejudice by the current responsive pleading deadline for the Defendants, September 19, 2025.

This 26 day of August, 2025.

*/s/ Craig E. Bertschi*
Craig E. Bertschi
Georgia Bar No. 055739
678.999.1102 (v)
ceb@mcraebertschi.com

MCRAE BERTSCHI & COLE LLC
1872 Independence Square, Suite D
Dunwoody, Georgia 30338

*Counsel for Plaintiff*

*/s/ Rodney J. Ganske*
Rodney J. Ganske, Bar No. 283819
**ganske@khlawfirm.com**
Allegra J. Lawrence, Bar No. 439797
**lawrence@khlawfirm.com**
Krevolin & Horst, LLC
1201 West Peachtree Street NW,
Suite 3500
Atlanta, Georgia 30309
Telephone: (404) 400-3350
Facsimile: (404) 888-9577

- 1 -

*Counsel for Defendant*
*Airbnb, Inc.*

/s/ Kimberly C. Ohanuka

Kimberly C. Ohanuka, Bar No. 205963
**kohanuka@littler.com**
Littler Mendelson, P.C.
3424 Peachtree Road N.E., Suite 1200
Atlanta, Georgia 30326.1127
Telephone:   404.233.0330
Facsimile:    404.233.2361

Rod M. Fliegel, *pro hac vice (pending)*
**rfliegel@littler.com**
Littler Mendelson, P.C.
101 Second Street, Suite 1000
San Francisco, California 94105
Telephone:   415.433.1940
Facsimile:    415.399.8490

*Attorneys for Defendant*
*Inflection Risk Solutions, LLC*