IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| LAKENYA K. MONFORT,           )<br>                              )<br>     Plaintiff,              )<br>                              )<br>v.                            )<br>                              )<br>INFLECTION RISK SOLUTIONS, LLC, )<br>and AIRBNB, INC.,             )<br>                              )<br>     Defendant.              )| CIVIL ACTION FILE NO.<br>1:25-cv-03344-TWT-JEM |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), all Parties to the captioned case hereby stipulate to the dismissal, with prejudice, of this case and all claims asserted therein. The Parties shall each bear their own costs and attorneys fees.

This 29th day of September, 2025.

| | |
|---|---|
| */s/ Craig E. Bertschi*<br>Craig E. Bertschi<br>Georgia Bar No. 055739<br>678.999.1102 (v)<br>ceb@mcraebertschi.com<br><br>MCRAE BERTSCHI & COLE LLC<br>1872 Independence Square, Suite D<br>Dunwoody, Georgia 30338<br><br>*Counsel for Plaintiff* | */s/ Rodney J. Ganske*<br>Rodney J. Ganske, Bar No. 283819<br>ganske@khlawfirm.com<br>Allegra J. Lawrence, Bar No. 439797<br>lawrence@khlawfirm.com<br>Krevolin & Horst, LLC<br>1201 West Peachtree Street NW,<br>Suite 3500<br>Atlanta, Georgia 30309<br>Telephone: (404) 400-3350<br>Facsimile: (404) 888-9577<br><br>*Counsel for Defendant*<br>*Airbnb, Inc.* |

*/s/ Kimberly C. Ohanuka*
Kimberly C. Ohanuka, Bar No. 205963
kohanuka@littler.com
Littler Mendelson, P.C.
3424 Peachtree Road N.E., Suite 1200
Atlanta, Georgia 30326.1127
Telephone:   404.233.0330
Facsimile:    404.233.2361

Rod M. Fliegel, *pro hac vice (pending)*
rfliegel@littler.com
Littler Mendelson, P.C.
101 Second Street, Suite 1000
San Francisco, California 94105
Telephone:   415.433.1940
Facsimile:    415.399.8490

*Attorneys for Defendant*
*Inflection Risk Solutions, LLC*